## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 3 | **DATE** | 1/7/2008 |
| **CASE TITLE** | USA vs. Alan Guzzino | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant Alan Guzzino enters plea of guilty to Count 3s without a written plea agreement. Defendant informed of rights. Judgment of guilty entered. Cause referred to the probation office for a presentence investigation. Sentencing set for 5/16/2008 at 10:00. Defendant released on $4500 OR Bond.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|