**FILED**

AO 455 (Rev. 5/85) Waiver of Indictment

JAN 07 2008

## UNITED STATES DISTRICT COURT
JUDGE REBECCA R. PALLMEYER
UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

ALAN GUZZINO

**WAIVER OF INDICTMENT**

**CASE NUMBER:** 07 CR 815 -- 3

I, _Alan Guzzino_____, the above named defendant, who is accused of

violating 18 U.S.C. §§ 1341, 1346

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _Jan, 7 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Alan C Guzzino_
Defendant

_Ralph E. Meczyk_
Counsel for Defendant

Before _Rebecca R. Pallmeyer_
Judicial Officer