UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 815-3 |
| | ) | Judge Rebecca Pallmeyer |
| ALAN GUZZINO | ) | |

**NOTICE OF MOTION**

To:    All Counsel of Record

     PLEASE TAKE NOTICE that on THURSDAY, APRIL 3, 2008, at 8:45 a.m., I will appear before the Honorable Rebecca Pallmeyer in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the UNOPPOSED MOTION OF THE UNITED STATES FOR ENTRY OF A PRELIMINARY ORDER OF FORFEITURE in the above-captioned case.

                                  Respectfully submitted,

                                  PATRICK J. FITZGERALD
                                  United States Attorney

By:    /s/ Faris J. Hussein
        FARIS J. HUSSEIN
        Assistant United States Attorney
        219 South Dearborn Street, 5th Floor
        Chicago, Illinois 60604
        (312) 353-4156

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

NOTICE OF MOTION

was filed and served on March 27, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

*s/ Faris J. Hussein*
FARIS J. HUSSEIN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4156