Order Form (01/2005)
---

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 3 | **DATE** | 4/7/2008 |
| **CASE TITLE** | USA vs. Alan Guzzino | | |

**DOCKET ENTRY TEXT**

Enter corrected Preliminary Order Of Forfeiture.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|