# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 3 | **DATE** | 6/24/2008 |
| **CASE TITLE** | USA vs. Alan Guzzino | | |

**DOCKET ENTRY TEXT**

By agreement, sentencing reset to 7/11/2008 at 2:30.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|