# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:

UNITED STATES v. ALAN GUZZINO                                 07-cr-815-3

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

ALAN GUZZINO

| | |
|---|---|
| NAME (Type or print)<br>          DARRYL A. GOLDBERG | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/ Darryl A. Goldberg | |
| FIRM     Law Offices of MECZYK GOLDBERG | |
| STREET ADDRESS    111 West Washington Street, Suite 1025 | |
| CITY/STATE/ZIP    Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6280112 | TELEPHONE NUMBER (312) 332-2853 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br> RETAINED COUNSEL    X              APPOINTED COUNSEL | |