AO 245B   (Rev. 06/05) Judgment in Criminal Case
          Sheet 2 — Imprisonment

DEFENDANT:      GUZZINO, Alan                                    Judgment — Page __2__ of __10__
CASE NUMBER:    07 CR 815-3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Seventeen (17) months. Costs waived.

X   The court makes the following recommendations to the Bureau of Prisons:
    Defendant be placed at the Oxford, WI facility.

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐  a _____  a.m.  ☐ p.m.  on _____
    ☐  as notified by the United States Marshal.

X   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    X   before 2 p.m.   9/2/2008
    ☐   as notified by the United States Marshal.
    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

FILED
SEP 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Defendant ~~delivered~~ Vol. Surr   9-2-08   to   Federal Prison Camp
at   Duluth, MN   , with a certified copy of this judgment.

M. Cruz  Warden
UNITED STATES MARSHAL

By   C Mulis  ISO
DEPUTY UNITED STATES MARSHAL